USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA             :
                                     :    18-CR-125 (VEC)
        -against-                    :
                                     :    ORDER
DORELLE SYKES,                       :
                                     :
                    Defendant.       :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are scheduled to appear for a Violation of Supervised Release Hearing on September 14, 2021, at 3:00 p.m.;

IT IS HEREBY ORDERED that the September 14, 2021 hearing is RESCHEDULED to **September 22, 2021, at 11:00 a.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that interested members of the public may dial-in using (888) 363-4749 // Access code: 3121171# // Security code: 0125#. All of those accessing the hearing are reminded that recording or rebroadcasting of the hearing is prohibited by law.

**SO ORDERED.**

Dated: September 2, 2021
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**