```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
   UNITED STATES OF AMERICA           :

                                                  :         18-CR-125 (VEC)
            -against-                  :

                                                  :              ORDER
   DORELLE SYKES,                           :

                                  Defendant.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on September 22, 2021, the Government and Defendant appeared for a VOSR hearing; and

       WHEREAS defense counsel did not appear at the hearing;

       IT IS HEREBY ORDERED that defense counsel submit a letter to the Court explaining why he failed to appear no later than **September 23, 2021**.

       IT IS FURTHER ORDERED that the hearing is adjourned to **September 29, 2021, at 4:30 p.m.**  The September 29 conference shall be conducted as a teleconference.  The parties are instructed to dial-in to the conference using (888) 363-4749 // Access code: 3121171# // Security code: 0125#.  All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

Date:  September 22, 2021                                _____
         New York, NY                                      **VALERIE CAPRONI**
                                                             **United States District Judge**