USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA                          :
                                                  :    18-CR-125 (VEC)
            -against-                             :
                                                  :    ORDER
DORELLE SYKES,                                    :
                                                  :
                              Defendant.          :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 29, 2021, the parties appeared before the Court for a status conference; and

WHEREAS at that conference, Defendant Dorelle Sykes requested a conference on the specifications in his Violation of Supervised Release report;

IT IS HEREBY ORDERED that the parties will appear before the Court for a status conference on **December 3, 2021 at 4:00 p.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that interested members of the public may dial-in using (888) 363-4749 // Access code: 3121171# // Security code: 0125#.  All of those accessing the hearing are reminded that recording or rebroadcasting of the hearing is prohibited by law.

IT IS FURTHER ORDERED that, for the reasons stated on the record at the September 29, 2021, hearing, Mr. Sykes must continue to abide by the stay-away order issued in response to his state charges.  Failure to abide by the stay-away order will result in Mr. Sykes' remand.  Mr. Sykes must also remain employed and coordinate with his Probation Officer so as not to miss

scheduled drug tests.  Failure to comply with this requirement will also result in Mr. Sykes' remand.

    IT IS FURTHER ORDERED that, for the reasons stated on the record at the September 29, 2021, hearing, defense counsel must notify the Government and the Court of any developments with respect to Mr. Sykes' underlying state charges.

**SO ORDERED.**

Date:  September 30, 2021
       New York, NY

                                            **VALERIE CAPRONI**
                                            **United States District Judge**