```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   UNITED STATES OF AMERICA               :
                                                    :      18-CR-125 (VEC)
           -against-                          :
                                                    :         <u>ORDER</u>
   DORELLE SYKES,                             :
                                                    :
                     Defendant.            :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a hearing was held on December 3, 2021;

       IT IS HEREBY ORDERED that Mr. Sykes must present proof of having his first dose of a COVID-19 vaccine to the Court via email not later than **December 17, 2021**.

       IT IS FURTHER ORDERED that a status conference is scheduled for **Thursday, February 3, 2022, at 4:30 p.m.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date: December 3, 2021
      New York, NY

                                                        _____
                                                          **VALERIE CAPRONI**
                                                       **United States District Judge**