```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA                :
                                        :   18-CR-125 (VEC)
        -against-                       :
                                        :   ORDER
DORELLE SYKES,                          :
                                        :
                        Defendant.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 3, 2022, the parties appeared before the Court for a status conference;

IT IS HEREBY ORDERED that the parties will appear before the Court for a hearing on the violations of supervised release (other than the charges related to pending charges in the Bronx) on **February 24, 2022 at 2:15 p.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that if the Court finds that Mr. Sykes violated the terms of supervised release and if the Court imposes a term of incarceration as punishment for the violation, the Court will only entertain a request that Mr. Sykes be permitted to surrender to the designated institution if Mr. Sykes has submitted proof on or before the date of sentencing that he has obtained the second dose of the COVID-19 vaccine.

**SO ORDERED.**

Date: February 3, 2022
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**