```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/24/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA                                       :
                                                               :        18-CR-125 (VEC)
       -against-                                           :
                                                               :        ORDER
DORELLE SYKES,                                                 :
                                                               :
                                Defendant.             :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on February 24, 2022, the parties appeared before the Court for a status conference; and

       WHEREAS at that conference, Mr. Sykes admitted to specifications #17–20 and the Court found that the Government proved that Mr. Sykes violated specification #21;

       IT IS HEREBY ORDERED that the parties will appear before the Court for a sentencing on the violations of supervised release on **Thursday, March 3, 2022 at 2:30 p.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

       IT IS FURTHER ORDERED that the parties must submit any sentencing submissions not later than March 1, 2022.

       IT IS FURTHER ORDERED that Mr. Sykes must submit proof of receiving his second dose of the COVID-19 vaccine to Chambers not later than March 1, 2022.

**SO ORDERED.**

Date:  February 24, 2022
       New York, NY

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**