USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    3/2/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA                    :
                                                              :                    18-CR-125 (VEC)
            -against-                                     :
                                                              :                    ORDER
DORELLE SYKES,                                    :
                                                              :
                                Defendant.        :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS a sentencing hearing is currently scheduled for Thursday, March 3, 2022, at

2:30 p.m.;

        IT IS HEREBY ORDERED that the sentencing is ADJOURNED until **Thursday,**

**March 24, 2022, at 3:00 p.m.**, in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40

Foley Square, New York, NY 10007.

        IT IS FURTHER ORDERED that, not later than **March 16, 2022,** the Defendant must

submit to Probation and the Court an alternative proposed living arrangement (*i.e.*, a residence

other than with his current girlfriend in Port Jervis) should the Court refrain from imposing a

sentence of imprisonment.  The proposal must have sufficient detail so that its appropriateness

can be evaluated by the Office of Probation.


**SO ORDERED.**

                                                                    _____
**Date:  March 2, 2022**                                **VALERIE CAPRONI**
**New York, NY**                                         **United States District Judge**