```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/18/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA            :
                                                          :    18-CR-125 (VEC)
         -against-                                 :
                                                          :         ORDER
DORELLE SYKES,                              :
                                                          :
                              Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a sentencing hearing is currently scheduled for Wednesday, April 6, 2022, at 3:00 p.m.; and

WHEREAS the trial over which the Court is currently presiding will end earlier than expected, and the Court is therefore available sooner;

IT IS HEREBY ORDERED that the sentencing is rescheduled for **Monday, March 28, 2022, at 10:30 a.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that the March 30, 2022 deadline for Defendant to submit an update regarding alternate living arrangements, *see* Dkt. 61, is rescheduled for **March 25, 2022**.

**SO ORDERED.**

Date:  March 18, 2022
New York, NY

_____
**VALERIE CAPRONI
United States District Judge**