USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   3/24/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA              :
                                      :      18-CR-125 (VEC)
          -against-                   :
                                      :      ORDER
DORELLE SYKES,                        :
                                      :
                    Defendant.        :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS a sentencing hearing is currently scheduled for Monday, March 28, 2022, at 10:30 a.m.;

WHEREAS defense counsel has informed the Court that Mr. Sykes is not available at that time;

IT IS HEREBY ORDERED that the sentencing is ADJOURNED until **Monday, March 28, 2022, at 3:00 p.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date:  March 24, 2022
New York, NY

_____
**VALERIE CAPRONI
United States District Judge**