```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/8/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA                                     :
                                                             :     18-CR-125 (VEC)
          -against-                                          :
                                                             :     ORDER
DORELLE SYKES,                                               :
                                                             :
                              Defendant.                     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the parties must appear for a status conference before the Court on **August 9, 2022, at 11:30 a.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date:  August 8, 2022
New York, NY

_____
**VALERIE CAPRONI
United States District Judge**