```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
 UNITED STATES OF AMERICA                                    :
                                                             :    18-CR-125 (VEC)
            -against-                                        :
                                                             :        ORDER
 DORELLE SYKES,                                              :
                                                             :
                     Defendant.                              :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/22

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference is currently scheduled for August 9, 2022, at 11:30 a.m.; and

WHEREAS the parties are unable to appear at that time;

IT IS HEREBY ORDERED that the status conference currently scheduled for August 9, 2022, at 11:30 a.m. is adjourned until **August 24, 2022 at 2:30 p.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date:  August 8, 2022
New York, NY

_____
**VALERIE CAPRONI
United States District Judge**