```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/25/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA                    :
                                            :     18-CR-125 (VEC)
         -against-                          :
                                            :         ORDER
DORELLE SYKES,                              :
                                            :
                        Defendant.          :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 25, 2022, Defendant Dorelle Sykes was arraigned on four specifications of Violations of Supervised Release, as reflected in a memorandum from the Probation Department dated July 26, 2022, and updated on August 23, 2022;

WHEREAS the Defendant did not admit to any of the specifications;

IT IS HEREBY ORDERED that the parties must submit a joint status report not later than **September 16, 2022** regarding the status of Mr. Sykes' proceedings in Port Jervis.

**SO ORDERED.**

Date: August 25, 2022
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**