USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
  UNITED STATES OF AMERICA         :
                                                   :        18-CR-125 (VEC)
           -against-                   :
                                               :        <u>ORDER</u>
  DORELLE SYKES,                          :
                                                 :
                           Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on May 12, 2023, the parties appeared before the Court for a status conference (the "Conference"); and

        WHEREAS at the Conference, Mr. Sykes admitted Specifications 1 and 4 of the Amended Violation of Supervised Release Report dated August 23, 2022;

        IT IS HEREBY ORDERED that Mr. Sykes will be sentenced on **Friday, May 26, 2023 at 10:30 A.M.** in Courtroom **443** of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. The Government must file a pre-sentencing submission, focused on whether Mr. Sykes's sentence should include another term of supervised release, not later than **Friday, May 19, 2023**. Mr. Sykes may respond not later than **Wednesday, May 24, 2023**.

**SO ORDERED.**

**Date: May 15, 2023**
**New York, NY**

                                                               **VALERIE CAPRONI**
                                                            **United States District Judge**