USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
  UNITED STATES OF AMERICA            :
                                                        :       18-CR-125 (VEC)
         -against-                          :
                                                        :           ORDER
  DORELLE SYKES,                          :
                                                        :
                       Defendant.     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       The parties are scheduled to appear for a sentencing hearing in this matter on **Friday, May 26, 2023 at 10:30 A.M.** Please be advised that the Court is considering imposing a sentence that would constitute an upward variance from the applicable guideline range.

**SO ORDERED.**

Date:  May 22, 2023
       New York, NY

                                               **VALERIE CAPRONI**
                                               **United States District Judge**